IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

THE UNITED STATES OF AMERICA

v.

CASE NO. 3:16-CR-00282-032 (FAB)

ORLANDO RUIZ-ACEVEDO

## MOTION NOTIFYING SUPERVISEE'S DEATH

**SENIOR U.S. PROBATION OFFICER ELSIE M. TOFANI-MONTALVO,** respectfully submits and requests as follows:

1. Since December 3, 2021, Mr. Ruiz-Acevedo's supervision was transferred to the Middle District of Pennsylvania, Scranton Probation Office.

2. On April 27, 2022, U.S. Probation Officer Jeffrey R. Daniell contacted our office to report that on April 13, 2022, Mr. Ruiz-Acevedo passed away at his residence, which is part of the Monroe County.

3. Subsequent investigation conducted by the Middle District of Pennsylvania through the Monroe County Coroner's Office revealed that in fact, Mr. Ruiz-Acevedo was pronounced dead on April 13, 2022, at 8:54 p.m. His cause of death is yet pending to be determined; however, it is believed that Mr. Ruiz died of natural causes. U.S. Probation Officer Daniell submitted a death certificate issued by the Monroe County Coroner's Office and which confirms that autopsy as well as toxicology tests were completed on April 14, 2022.

3. At the time of his decease, Mr. Ruiz-Acevedo was serving the remainder of a supervised

release term of five (5) years, which was set to expire on December 2, 2026.

**WHEREFORE**, we are informing this Honorable Court of Mr. Ruiz-Acevedo's demise and we are respectfully requesting that case cited in this motion be closed.

San Juan, Puerto Rico, April 28, 2022.

Respectfully submitted,
LUIS O. ENCARNACION, Chief
U.S. Probation Officer

**s/ Elsie M. Tofani-Montalvo**
Elsie M. Tofani-Montalvo
Senior U.S. Probation Officer
United States Probation Office
Federal Office Building
150 Chardon Avenue, Room 225
San Juan, P.R. 00918
Telephone: (787) 318-5646
Fax: (787) 766-5945
E-mail: Elsie_Tofani@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

**I CERTIFY** that today, I electronically filed this motion with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the parties.

San Juan, Puerto Rico, April 28, 2022.

**s/ Elsie M. Tofani-Montalvo**
Elsie M. Tofani-Montalvo
Senior U.S. Probation Officer